UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SONDREA MILLER, et al | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 3:22-cv-00943-X |
| | § | |
| TARRANT COUNTY, TEXAS, et al | § | |

## **CERTIFICATE OF INTERESTED PARTIES**

The undersigned counsel of record certifies that the following listed persons have an interest in the outcome of this case. These representations are made in order that the Judge of this Court may evaluate possible disqualification or recusal.

**A.   Parties:**

Plaintiff: Sondrea Miller, individually and as independent administrator of, and on behalf of the Estate of Javonte Lakendrick Myers, and Javonte Lakendrick Myers' heir(s) at law

Defendants: Tarrant County, Texas
Erik L. Gay
Darien A Kirk

**B.   Attorneys for:**

**Plaintiff:** T. Dean Malone
LAW OFFICES OF DEAN MALONE, P.C.
900 Jackson Street, Suite 730
Dallas, Texas 75202
(214) 670-9989
Fax (214) 670-9904

**Defendant Tarrant County:** M. Keith Ogle, Asst. Crim. Dist. Atty
Tarrant County District Attorney's Office
401 W. Belknap, 9th Floor – Civil Division
Fort Worth, Tx 76196
(817) 884-1233
Fax (817) 884-1675

**Defendant Erik Gay:** James T. Jeffrey, Jr.
LAW OFFICES OF JIM JEFFREY
3200 W. Arkansas Lane
Arlington, Texas 76016
(817) 261-3200
Fax (817) 275-5826

**Defendant Darien A. Kirk:**               Unknown at this time

Respectfully submitted,

  /s/*James T. Jeffrey, Jr.*
   JAMES T. JEFFREY, JR.
   Texas Bar No. 10612300
LAW OFFICES OF JIM JEFFREY
3200 W. Arkansas Lane
Arlington, Texas 76016
(817) 261-3200
Fax (817) 275-5826
ATTORNEY FOR DEFENDANT
ERIK L. GAY

## CERTIFICATE OF SERVICE

　　The undersigned certifies that a copy of this has been served on counsel of record for all parties by electronic notice through the ECF System for the Northern District of Texas on this 11th day of May, 2022.

  /s/*James T. Jeffrey, Jr.*
JAMES T. JEFFREY, JR.
